UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>THOMAS IRIGOYEN,<br><br>Defendants. | S2 19-CR-226 (WHP)<br><br>[PROPOSED] ORDER |

Upon the application of Thomas Irigoyen, by his attorney Michael Tremonte, Esq., pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, for an order directing the U.S. Marshals to arrange travel for Mr. Irigoyen from his home in Kingsburg, CA to New York, NY to attend the arraignment in this matter, scheduled for July 17, 2019 at 4:30 p.m.;

IT IS HEREBY ORDERED, that the U.S. Marshals are directed to take such steps as are necessary to arrange Mr. Irigoyen's travel and lodging in New York, NY, so that he may attend the arraignment.

Dated:  New York, New York
        July 9, 2019

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.