# SHER TREMONTE LLP

November 21, 2019

**VIA ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Thomas Irigoyen*
                        Case No. 19-CR-226 (WHP)

Dear Judge Pauley:

      I represent Thomas Irigoyen, the defendant in the above-referenced matter. I write with the consent of the government to respectfully request an adjournment of the status conference currently scheduled for December 6, 2019, at 2:30 PM. As Your Honor knows, Mr. Irigoyen resides in California and does not have the funds to travel in order to attend the status conference. Previously, we have made arrangement with the U.S. Marshals to arrange for Mr. Irigoyen's travel for his arraignment using CJA funds. However, since that time, we have been engaged in productive discussions with the government toward resolving the case, and I am hopeful that we will be able to reach a resolution by the year's end. It is possible that such a resolution would obviate the need for Mr. Irigoyen to return to New York and would thus preserve CJA funds. Accordingly, I respectfully request an adjournment of approximately 45 days. I have spoken to Assistant U.S. Attorney Dan Wolf and he consents to the adjournment.

Respectfully submitted,

/s/
Michael Tremonte

*Attorney for Thomas Irigoyen*

Application granted. conference adjourned to January 31, 2019 at 3:00 p.m. Time excluded in the interest of justice.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

November 21, 2019

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156