

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2020

**BY ECF**
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

    Re:    <u>United States v. Irigoyen</u>, S2 19 Cr. 226 (WHP)

Dear Judge Pauley:

    The Government respectfully requests that the Court direct the U.S. Marshals to purchase roundtrip airfare for the defendant to depart from Fresno, California today at approximately 7:40 p.m. local time and to land in New York tomorrow morning, so the defendant can appear for the plea hearing scheduled for tomorrow at 2:30 p.m. The Government is advised that such a flight is available and that the U.S. Marshals will book it upon the Court's order.

                  Respectfully submitted,

Application granted.

                  GEOFFREY S. BERMAN
SO ORDERED:            United States Attorney for the
                  Southern District of New York

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

                  by:    /s/ Jun Xiang
                  Daniel H. Wolf
March 9, 2020            Jun Xiang
                  Assistant United States Attorney
                  (212) 637-2337 / -2289

**CC**
All Counsel (By ECF)