# SHER TREMONTE LLP

June 3, 2020

Application granted.  Sentencing adjourned to September 16, 2020 at 2:30 p.m.

SO ORDERED:

**VIA ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

_/s/ William H. Pauley_
WILLIAM H. PAULEY III
U.S.D.J.

June 3, 2020

      **Re:**    *United States v. Thomas Irigoyen*
              Case No. 19-CR-226 (WHP)

Dear Judge Pauley:

      We write on behalf of our client, Thomas Irigoyen, to respectfully request that sentencing, currently scheduled for June 24, 2020, be adjourned until such time as the proceeding may be held in person.  Although it is not possible to predict with certainty when that will happen, at this time we request that the Court set a control date in early September for sentencing.  We have spoken to Assistant U.S. Attorney Dan Wolf and he consents to the proposed adjournment.  We appreciate the Court's consideration.

      Respectfully submitted,

      /s/
      Michael Tremonte
      Noam Biale
      SHER TREMONTE LLP

      *Attorney for Thomas Irigoyen*

cc:    All counsel (via ECF)