# SHER TREMONTE LLP

March 14, 2021

<u>**VIA ECF**</u>

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Thomas Irigoyen*
                Case No. 19-CR-226 (WHP)

Dear Judge Pauley:

     We write on behalf of our client, Thomas Irigoyen, to respectfully request that sentencing, currently scheduled for April 13, 2021, be adjourned for approximately 30 days. Mr. Irigoyen's health issues, in particular his obesity and heart condition, make him especially vulnerable to severe complications from COVID-19. However, Mr. Irigoyen anticipates receiving a vaccine in the near future and expects to be fully dosed by approximately the middle of next month. Moreover, as of several days ago the quarantine requirements that New York State had previously applied to inbound domestic travelers were lifted. Accordingly, we anticipate that Mr. Irigoyen should be able to travel to the Southern District of New York in the weeks following his vaccination. In light of these developments, we request a one-month adjournment of the current April 13 sentencing date, to afford Mr. Irigoyen time to deal with any side-effects of the vaccine and make final preparations for sentencing. We have spoken to Assistant U.S. Attorney Dan Wolf and he consents to the proposed adjournment. We appreciate the Court's consideration.

Application granted. Sentencing adjourned to May 27, 2021 at 11:00 a.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

March 15, 2021

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale