# SHER TREMONTE LLP

May 13, 2021

**BY ECF**

The Honorable Williams H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application granted.  Sentencing adjourned to July 1, 2021 at 2:00 p.m.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

May 24, 2021

Re:    *United States v. Irigoyen*, S2 19 Cr. 226 (WHP)

Dear Judge Pauley:

    We write on behalf of our client, Thomas Irigoyen, to respectfully request that the Court adjourn the sentencing, currently scheduled for May 27, 2021, to a date in late June on which the sentencing may be held in person.  We understand that the Court is currently holding sentencing hearings remotely; however, consistent with Mr. Irigoyen's desire to appear at sentencing in person, we respectfully request an adjournment until such time as an in person proceeding is possible.  If convenient for the Court, we would request a date the week of June 21.

    We appreciate Your Honor's consideration.

    Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

*Attorneys for Thomas Irigoyen*

cc:  AUSA Daniel H. Wolf (by ECF)