# SHER TREMONTE LLP

June 22, 2021

**VIA ECF**

Application granted.  Sentencing adjourned to August 30, 2021 at 11:00 a.m.

SO ORDERED:

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

Re:  *United States v. Thomas Irigoyen*
Case No. 19-CR-226 (WHP)

June 23, 2021

Dear Judge Pauley:

We write on behalf of our client, Thomas Irigoyen, to respectfully request that sentencing be adjourned to August 30, 2021, at 11:00 AM.  We understand that the Court will begin conducting in-person proceedings in mid-July.  Mr. Tremonte, however, will be on trial before Judge Rakoff starting July 19, and the trial is estimated last for approximately three to four weeks.  We have spoken with Your Honor's deputy who has advised that August 30 at 11:00 AM is available, which is a date that works for the attorneys and with Mr. Irigoyen's work schedule.  Accordingly, we respectfully request that the Court schedule sentencing for that date.  We have spoken to Assistant U.S. Attorney Dan Wolf and he consents to the adjournment.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

*Attorney for Thomas Irigoyen*

cc:  All counsel (via ECF)