**SHER TREMONTE** LLP

November 10, 2021

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is adjourned to February 11, 2022, at 11 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
November 19, 2021

      Re:    *United States v. Thomas Irigoyen*
              Case No. 19-CR-226 (AKH)

Dear Judge Hellerstein:

      We write on behalf of our client, Thomas Irigoyen, to respectfully request an adjournment of sentencing, which is currently scheduled for December 10, 2021. Mr. Irigoyen is scheduled to undergo gastric bypass surgery on November 17, 2021. The surgery is necessary to address a serious health condition. His doctor has advised him that he cannot fly for at least thirty days following the surgery and recommends that he not travel for at least sixty days. We will advise the Court of any complications with respect to Mr. Irigoyen's recovery, but given the timeline his doctor has indicated, we respectfully request and adjournment of sentencing to a date that is convenient for the Court in late January or early February 2022. We have spoken to AUSA Dan Wolf about the requested adjournment, and he states that the government consents but wishes us to note that he does not anticipate consenting to any further adjournments.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

*Attorney for Thomas Irigoyen*

cc:    All counsel (via ECF)