# SHER TREMONTE LLP

April 28, 2022

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So recommended.

SO ORDERED.

/s/ Alvin K. Hellerstein
April 29, 2022

      Re:    *United States v. Thomas Irigoyen*
              Case No. 19-CR-226 (AKH)

Dear Judge Hellerstein:

      We write on behalf of our client, Thomas Irigoyen, to respectfully request a modification of the Court's recommended designation to the Bureau of Prisons ("BOP"). At sentencing on March 29, 2022, we requested that the Court recommend a designation at the minimum security camp at FCI Dublin. We have since learned that the camp at Dublin is currently designated for female inmates only. Accordingly, we respectfully request that the Court recommend that the BOP designate Mr. Irigoyen to the minimum security camp at USP Lompoc.

      We appreciate Your Honor's consideration.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

*Attorney for Thomas Irigoyen*

cc:    All counsel (via ECF)